# United States Court of Appeals

### For the Eighth Circuit

_____

No. 21-2145
_____

In re: Bryan S. Reichel, as surety for Rudy, Inc., as surety for Pure Choice, Inc.,
formerly doing business as America's Team Properties

*Debtor*

------------------------------

Bryan S. Reichel

*Appellant*

v.

James L. Snyder, U.S. Trustee

*Appellee*
_____

Appeal from the United States Bankruptcy
Appellate Panel for the Eighth Circuit
_____

Submitted: November 15, 2021
Filed: December 2, 2021
[Unpublished]
_____

Before GRUENDER, SHEPHERD, and KOBES, Circuit Judges.
_____

PER CURIAM.

Bryan Reichel appeals after the Bankruptcy Appellate Panel (BAP) dismissed as untimely his appeal of the bankruptcy court's[1] denial of his motion seeking to reopen his bankruptcy case. Upon careful review, we conclude that the BAP correctly dismissed the case. See In re Vote, 276 F.3d 1024, 1026 (8th Cir. 2002) (BAP's factual findings are reviewed for clear error and its conclusions of law de novo). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Katherine A. Constantine, United States Bankruptcy Judge for the District of Minnesota.